1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MIKE SABOL | Case No. CV12-4676-PSG-(JCx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER WITH MODIFICATIONS** |
| v. | |
| HOME DEPOT U.S.A, INC., and DOES 1 through 50, Inclusive, | |
| Defendants. | |

# O R D E R

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the provisions of the concurrently filed stipulation between the parties regarding the use and protection of Confidential Information (the "Stipulated Protective Order") shall be entered as the Order of the Court and be binding upon the parties with the following modifications:

1. Paragraph 2(b) is modified to delete any reference to "other pretrial testimony" and is deemed to reference only deposition testimony/transcripts.

2. Paragraph 6(a) is modified to add the following sentence to the end of such paragraph: Nothing in this paragraph shall be construed to require the court/court personnel to destroy or to return to counsel for the producing party, documents containing Confidential Information that are in the custody of the court/court personnel.

3. Paragraphs 9(b) and 9(c) are modified to reflect that the provisions thereof shall not apply to non-parties/non-party-affiliated persons unless such persons agree in writing to be bound by the Stipulated Protective Order.

DATED: December 3, 2012              /s/
                                     HONORABLE JACQUELINE CHOOLJIAN
                                     U.S. MAGISTRATE JUDGE

12850472.1 (OGLETREE)