1  Dawn M. Knepper CA Bar No.208862
   dawn.knepper@ogletreedeakins.com
2  Samuel E. Endicott CA Bar No. 267054
   samuel.endicott@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  Park Tower, Suite 1500
   695 Town Center Drive
5  Costa Mesa, CA  92626
   Telephone:  714.800.7900
6  Facsimile:   714.754.1298

JS-6

7  Attorneys for Defendant HOME DEPOT U.S.A, INC.

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MIKE SABOL,                                 Case No. CV12-4676-JGB-(JCx)

12            Plaintiff,                        **ORDER GRANTING STIPULATION RE: DISMISSAL OF COMPLAINT**

13       v.

14  HOME DEPOT U.S.A, INC., et al.

15            Defendants.

16

1  Upon reading the Stipulation of the Parties, IT IS SO ORDERED that:

2  The complaint of Plaintiff, MIKE SABOL, is dismissed with prejudice. Each
3  side shall bear their own costs and attorney's fees.

**JS-6**

5  DATED: April 9, 2013

_____
HONORABLE JESUS BERNAL
UNITED STATES DISTRICT JUDGE

14728333.1